# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02280-EWN

E & E, INC. a Colorado Corporation d/b/a ET PIPE,

    Plaintiff,

v.

TRIDENT EQUIPMENT, INC., a Wyoming Corporation and TRIDENT EQUIPMENT, LLC, a Wyoming limited liability company and JASON BOATMAN, individually,

    Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

THE COURT, having considered the parties' Stipulated Motion for Dismissal with Prejudice, and being fully advised in the premises,

HEREBY GRANTS the Stipulated Motion. The above case and all claims asserted by Plaintiff against Defendants are hereby dismissed with prejudice.

Dated this 21st day of June, 2007.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    Chief United States District Judge